# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

      **Plaintiff,**   12-30008-001-DRH

    v.

**Michael Baxton, Sr.,**

    **Defendant,**

======================================
**Illinois Municipal Retirement Fund,**

    **Garnishee.**

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on July 25, 2012, (**Doc 24**), stating that at the time of the service of the Writ he had in his possession Defendant's contributions to the Illinois Municipal Retirement Fund.

On July 31, 2012, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** at such time as the Defendant applies for a refund of his retirement contributions, Garnishee will pay the balance due on this debt from the Defendant's contributions, to the Plaintiff. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois

62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

Dated: December 10, 2012

Digitally signed by David R. Herndon
Date: 2012.12.10 10:23:50 -06'00'

Chief Judge
United States District Court